

**215 HENDRICKS ISLE**
**FT. LAUDERDALE, FL 33301**
305.202.4114 | KC@BLUHORNE.COM

# BLUHORNE LLC

*Corporate Invoice No:. 3125*
*December 18, 2020*

To:

*EPLUNO GLOBAL SERVICES, LLC*
*4501 Lyons Road*
*Miamisburg, OH 45342*
*Attn: Paul Scapatici*

| CIF | FOB | Product Name/Description | Qty | | Total |
|---|---|---|---|---|---|
| CIF | | Medcare Nitrile Exam Gloves 100 Per Box 10% SM 40% MED 40% LG 10% XL | 2,000,000 Boxes | $10.50 Per Box | $21,000,000.00 |
| | | | | Sub Total: | $21,000,000.00 |
| | | | | Grand Total: | **$21,000,000.00** |

**PAYMENT INSTRUCTIONS AS FOLLOWS:**

Wright Business Management  |  2061 Middle Street, Suite 215, Sullivans Island, SC 29482

City National Bank  |  3333 Piedmont Road, Suite 1100, Atlanta, GA 30305

Account Number: 686040275    |    Swift Code: CINAUS6L   |   Routing: 064009445

TOTAL: $21,000,000.00

PAYMENT TERMS: (25% $5,250,000.00) IMMEDIATE UPON RECEIPT & FULLY EXECUTED CORPORATE INVOICE VIA WIRE TRANSFER, TO BE WIRE TRANSFERRED BY 3PM EST 12/21/2020.

REMAINING (75% $15,750,000.00) WITHIN 24 HOURS OF THE INVENTORY CLEARING CUSTOMS.

UPON FULLY EXECUTION A MUTUAL 2% ($420,000.00 USD) NON-PERFORMANCE PENALTY WILL APPLY IF BLUHORNE, LLC DOES NOT RECEIVE 25% DEPOSIT FROM EPLUNO GLOBAL SERVICES, LLC BY 3PM EST ON 12/21/2020. THE SAME NON PERFORMANCE PENALTY APPLIES IF EPLUNO GLOBAL SERVICES, LLC DOES NOT RECEIVE GOODS FROM BLUHORNE, LLC PER SALES CONTRACT.

ALL ASSOCAITED WIRE FEES MUST BE PAID IN FULL. COPY OF WIRE CONFIRMATION TO BE EMAILED TO: KC@BLUHORNE.COM

_____    _____

BLUHORNE - KENLEY ALEXANDER CERVERA           EPLUNO GLOBAL SERVICES – PAUL SCAPATICI