**EXHIBIT 6**

# Kings International Group

**BILL OF LADING**
NVOCC OTI # 022824N

| Shipper/Exporter | S/O No./Ref. No. | B/L No. |
|---|---|---|
| GLOBAL TOOLING SERVICE LTD<br>401, BUILDING #3, NO 4 OF GUANGMING<br>NEW VILLAGE 2 ROAD, DONGCHENG,<br>DONGGUANCITY, GUANGDONGPROVINCE, CHINA523125 | YHJY21030304 | 140158069205 |

RECEIVED by Kings International Group from the Shipper, Consignor his Agent, Inland Carrier of Consolidator. The goods, package(s) or container(s) said to contain the goods herein stated, in apparent good order and condition unless otherwise stated, to be carried from the place of receipt of the port of loading herein indicated, subject to all the terms and conditions provided for on the face and back of this Bill of Lading, to the port of discharge or place of delivery. This Bill of Lading duly endorsed must be surrendered in exchange for the goods of delivery order.

In Witness Whereof, the undersigned on behalf of Kings International Group has signed the number of B/L(s) of Lading stated below, all of this tenor and date, one of which being accomplished, the others to stand void.

| Consignee | Onward Inland Routing |
|---|---|
| MCCRELESS ENTERPRISES LLC<br>22743 ADRIFT ROW LN, PORTER, TX 77365-1419<br>US CONTACT PERSON: CALEB MCCRELESS<br>PHONE: +1(713)791-8014<br>PHONE: +1(713)791-8014 | |

| Notify Party (complete name and address) | Shipper's Ref. No. | No. of Original B.L. |
|---|---|---|
| BREAKBULK TRANSPORTATION INC<br>4771 SWEETWATER BLVD. # 283 SUGAR LAND,<br>TEXAS<br>TEL: 281-265-1816 MOBILE: 832-859-5707<br>E-MAIL: DARRON@BREAKBULKTRANSPORTATION.COM | | THREE |

Domestic Routing / Export Instructions

| Place of Receipt/Date | Pre-Carrier | To Obtain Delivery Please Contact (Forwarding Agent References) |
|---|---|---|
| | | KINGS INTERNATIONAL GROUP INC. DBA KIG SOLUTIONS |
| Ocean Vessel / Voy No.<br>EVER LEADER 0953-052E | Port of Loading<br>QINGDAO, CHINA | 440 E. HUNTINGTON DRIVE, 3RD FLOOR<br>ARCADIA, CA 91006<br>TEL: 626-316-2861 |
| Port of Discharge<br>LOS ANGELES, USA | Place of Delivery<br>LOS ANGELES, USA | FAX: 626-537-4718 |

Particulars furnished by the Merchant

| Marks & Nos.<br>Container No. And Seal No. | Quantity And<br>Kind of Packages | Description of Goods | Measurement (M3)<br>Gross Weight (KGS) |
|---|---|---|---|
| N/M | 6000 CARTONS | SYNTHETIC NITRILE PROTECTION GLOVES<br><br>CY-CY<br>FREIGHT PREPAID | 136CBM<br><br>37680KGS |

EGHU8219976/EMCPES0340/40'HQ/3000CARTONS/18840KGS/68CBM
EGHU8222666/EMCPES0100/40'HQ/3000CARTONS/18840KGS/68CBM

SAY: SIX THOUSAND CARTONS ONLY.

Declared Value $
If Merchant declares actual value of Goods and pays the applicable ad valorem tariff rate, Carrier's package limitation shall not apply.

| FREIGHT DESCRIPTION | PREPAID | COLLECT | |
|---|---|---|---|

The surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. Inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading of given in writing by the shipper.

| Exchange Rate | | | Kings International Group |
|---|---|---|---|
| Prepaid at<br>QINGDAO | Payable at | Laden on Board the Vessel | |

Place of B/L Issue
Date QINGDAO Apr.1, 2021

# PACKING LIST

Dongguan Grinvald Technology Co.,Ltd

TO:MCCRELESS ENTERPRISES LLC  
Date: 2021/3/26

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - cm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | non sterile powder free synthetic nitrile | 100 | 33.5*25.8*24.8 | 10 | 0.021 | 2.14 | 4.50 | 450.00 | 5.35 | 535.00 |
| 2 | non sterile powder free synthetic nitrile | 850 | 33.5*25.8*24.8 | 10 | 0.021 | 18.22 | 5.00 | 4250.00 | 5.95 | 5057.50 |
| 3 | non sterile powder free synthetic nitrile | 2000 | 33.5*25.8*24.8 | 10 | 0.021 | 42.87 | 5.50 | 11000.00 | 6.45 | 12900.00 |
| 4 | non sterile powder free synthetic nitrile | 50 | 33.5*25.8*24.8 | 10 | 0.021 | 1.07 | 6.00 | 300.00 | 6.95 | 347.50 |
| | total | 3000 | | | | 64.30 | | 16000.00 | | 18840.00 |

# PACKING LIST

Dongguan Grinvald Technology Co.,Ltd

TO:MCCRELESS ENTERPRISES LLC

Date: 2021/3/28

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - cm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³/CBM) | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | non sterile powder free synthetic nitrile | 100 | 33.5*25.6*24.8 | 10 | 0.021 | 2.14 | 4.50 | 450.00 | 5.35 | 535.00 |
| 2 | non sterile powder free synthetic nitrile | 850 | 33.5*25.6*24.8 | 10 | 0.021 | 18.22 | 5.00 | 4250.00 | 5.95 | 5057.50 |
| 3 | non sterile powder free synthetic nitrile | 2000 | 33.5*25.6*24.8 | 10 | 0.021 | 42.87 | 5.50 | 11000.00 | 6.45 | 12900.00 |
| 4 | non sterile powder free synthetic nitrile | 50 | 33.5*25.6*24.8 | 10 | 0.021 | 1.07 | 6.00 | 300.00 | 6.95 | 347.50 |
| | total | 3000 | | | | 64.30 | | 16000.00 | | 18840.00 |