| | |
|---|---|
| **From:** | John Gramling III |
| **To:** | smccluer@mcculleymccluer.com |
| **Cc:** | Tillson, Christopher B.; Bill King; John Gramling III |
| **Subject:** | Escrow Release |
| **Date:** | Wednesday, December 23, 2020 5:53:45 PM |

Stuart,

Please accept this email as confirmation that based on my agreement with Remington Schmidt to extend the timing of final payment from 24 hours to 48 hours once the goods clear customs I am directing you to release the deposit money held in escrow into his account. The document requires you to call me for confirmation and I am available at 864-580-1127.

Best,

J3