| From: | Kory McMullen |
|---|---|
| To: | jg3@ncicap.com; "Paul Scapatici"; "Bill King"; "Jim Price"; "Remington Schmdit" |
| Cc: | "John Gramling" |
| Subject: | Re: BluHorne / Epluno documents |

Matson has confirmed that the booking number for the 20,000 cartons is not a valid number. They have the China Team calling me on the other number.

Kory McMullen, CEO
Protected Shields, LLC
D. 850.860.3844
www.ProtectedShields.com

---

**From:** jg3@ncicap.com <jg3@ncicap.com>
**Sent:** Friday, January 15, 2021 9:47:34 AM
**To:** Kory McMullen <kory.mcmullen@protectedshields.com>; 'Paul Scapatici' <paulscap@epluno.com>; 'Bill King' <bking@eplunogs.com>; 'Jim Price' <0306jimprice@gmail.com>; 'Remington Schmdit' <ravenwoodfinancial.na@gmail.com>
**Cc:** 'John Gramling' <jg3@ncicap.com>
**Subject:** RE: BluHorne / Epluno documents

Kory,

Thanks for circling back on this. I have confirmed on our end that we have only received a BOL and CTS report and are thus waiting on the balance of the documents i.e. title, location for inspection etc.. Please facilitate getting this resolved and coordinate with both myself and/or Paul.

Thanks,

J3



NCIC-Logo 20160208

John T. Gramling, III
Managing Partner
PO Box 10
Gramling SC 29348-0010
864.580.1127 Cell
jg3@ncicap.com
Joel 3:10

**From:** Kory McMullen <kory.mcmullen@protectedshields.com>
**Sent:** Friday, January 15, 2021 11:20 AM
**To:** Paul Scapatici <paulscap@epluno.com>; Bill King <bking@eplunogs.com>; Jim Price <0306jimprice@gmail.com>; jg3@ncicap.com; Remington Schmdit <ravenwoodfinancial.na@gmail.com>
**Subject:** Re: BluHorne / Epluno documents

Remington has stated that all documents were sent this past Sunday A2A. I have added him to the thread. I will be working on all of this today. Please confirm I have full consent to clean up this situation.

Regards,

Kory McMullen, CEO
Protected Shields, LLC
D. 850.860.3844
www.ProtectedShields.com

---

**From:** Paul Scapatici <paulscap@epluno.com>
**Sent:** Thursday, January 14, 2021 6:41 PM
**To:** Kory McMullen; Bill King; Jim Price; jg3@ncicap.com
**Subject:** Fwd: BluHorne / Epluno documents

Kory,

Bill asked that I resend the BOL's to you that I sent last week. This is all that we're received from Remington's lawyers. Nothing else.

Sent from my iPhone

Begin forwarded message:

> **From:** Paul Scapatici <paulscap@epluno.com>
> **Date:** January 8, 2021 at 7:51:30 AM EST
> **To:** Kory McMullen <kory.mcmullen@protectedshields.com>
> **Subject: FW: BluHorne / Epluno documents**
>
> Kory,
>
> Here's both BOL's and detailed reports.
>
> As this is the first time for us bringing product into Long Beach Port with Remington, we need to understand the details of when it lands, when it clears customs, the product

needs to be titled to us so we can properly resell it, when can we inspect, we may need logistics to quickly move it (although most of our customers should be picking up), etc.

Thanks.

Paul Scap.


--

The information transmitted in this message, and any attachment(s) to this message, is intended for the exclusive use of the addressee(s) (each, an "Addressee") and contains information that is confidential and proprietary to epluno™. Any review, forwarding, printing, copying, retransmission, dissemination, or other use of the information transmitted in this message and all attachments by persons or entities other than the intended Addressee is strictly prohibited and unlawful. If you are not the intended Addressee, please notify sender immediately - by replying to this message or by calling epluno™ at (800) 249-5275 and destroy all copies of this message and all information contained herein, including any attachments, without reading or disclosing them